# EXHIBIT 1

Person Filing: Toramana Yaftali
Address (if not protected): 8534 N 12 St
City, State, Zip Code: Phoenix, AZ 85020
Telephone: 623-308-1367
Email Address: torkhum@gmail.com
Representing [ x ] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

**COPY**
NOV 2 8 2022
CLERK OF THE SUPERIOR COURT
T. CHISM
DEPUTY CLERK
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN    MARICOPA    COUNTY

Case Number: CV2022-053762

**Name of Plaintiff**
Toramana Yaftali

**Title: CIVIL COMPLAINT**

**Name of Defendant**
Aetna Resources LLC dba CVS Health Solutions

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1. The Superior Court in ___Maricopa___ County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   [ x ] The value of this case exceeds $10,000 dollars.

   [ ] Replevin or other nonmonetary remedy will take place in _____ County.

   [ x ] The Plaintiff resides in ___Maricopa___ County.

   [ ] The Defendant resides in _____ County.

   [ x ] The Defendant does business in ___Maricopa___ County.

**Case Number:** _____

[x] The events, actions, or debts subject of this Complaint occurred in _____Maricopa_____ County.

[ ] Other reason: _____

**DISCOVERY TIER**

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   [ ] Tier 1 = Actions claiming $50,000 or less in damages.

   [X] Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR  Actions claiming nonmonetary relief.

   [ ] Tier 3 = Actions claiming $300,000 or more in damages.

**PARTIES**

3. The Plaintiff in this case is:

   Toramana Yaftali

4. The Defendant in this case is:

   Aetna Resources LLC dba CVS Health Solutions

   3800 N Central Ave #460, Phoenix, AZ 85012

**STATEMENT OF FACTS AND BREACH**

5. At all times relevant to this action, Toramana Yaftali (hereinafter Tor) was a resident of Phoenix, Maricopa County, Arizona. Tor worked for Aetna since September 2008, and following CVSs acquisition of Aetna, as Application Developer and/or Business Analyst. Tor had been working full time from home and had no business need to be in person contact with anyone including colleagues, customers, clients or anyone else CVS related. Tor was able to

**Case Number:** _____

work from home and perform all the job requirements JUST like all of his team members who were living all over US including IL, CA, FL and other states.

Case Number: _____

6. The defendant, Aetna Resources LLC dba CVS Health Solutions hereinafter "CVS" is an American corporation headquartered in Woonsocket, Rhode Island. It operates around the country with many dbas depending on what business they have acquired.
Locations: 9900+
[2021]
Market Capital: $131+Billion
Revenue: $292.11 Billions
Net Income Profits: $7.91 Billions

7. CVS holds itself the "leading health solutions company, delivering care like no one else can. Our purpose is simple and clear: Bringing our heart to every moment of your health™." It has over 300,000 employees through out retail, corporate and other subsidizer around the US. In response to the global pandemic caused by the spread of various strains of COVID-19, the defendant, created a company-wide policy requiring vaccination against potential infection by COVID-19 of current and prospective employees.

   Per CVS new covid19 mandate, certain employees and their roles were required to get vaccinated and submit proof of vaccination to CVS. The defendant recognized the need to make exemptions available to employees claiming religious objections to the requirement of vaccination.

8. The policy required employees to file and submit a form for a religious exemption. The exemption process was run by Advice and Counsel Team. Upon receipt of this form, the Advice & Counsel team would evaluate and make a judgment on merit of the religious belief. A phone number was provided to call and talk with someone at the Advice and counsel. After 3 attempts and long waits, Tor was able to speak with someone on the line. They simply stated that there was nothing they could do and the decision was final. Tor exhausted the administrative remedy provided, get vaccinated against your religion OR lose your job and livelihood. Tor filed a religious discrimination complaint with Arizona Attorney General's office on 02/08/2022 and received the NOTICE OF RIGHT TO SUE letter from the AZ Attorney General's Civil Litigation Division office on November 1, 2022, stating Tor has the right to sue under the Arizona Civil Right Act.

Case Number: _____

9. Tor submitted the religious exception form on or about October 7, 2021, to CVS Advice and Counsel team. Tor received CVS response to the exception form on or about November 23, 2021 notifying him o f his termination date of November 30, 2021. CVS team who were on Advice and Counsel board did not consider or did not know that Islam is THE way of life. What is written in QURAN is GOD direct words dictating to live. All Muslim beliefs and practices are not only "sincerely held" but they are the way to live. CVS denied Tor his religious right to FREELY practice his relgion. And tried to force him to betray Islam against his well. If the team had a Muslim on the board, s/he would have explained that to the board. But the deciding board members and CVS do not have Islamic knowledge to make such decisions against Islam. The essentially wanted him to commit blasphemy against his ow religion.

10. Tor stated his sincere belief in Islam as written in Quran and stated such in response to the form from the CVS. "In Islam and Koran and Muhammad PBUP hadiths, a non Muslim make you karif if forced. I cannot accommodate and believe the COVID injection will delute and compromise my personal belief in staying pure Muslim"
Muslims cannot be forced by non-Muslims to put Haram (aborted fetal stem cells; body is temples of the Holy Spirit) in their bodies and such will compromise their faith with Allah and turned them into Hypocrites and anti-Islam kafirs.
**Quran Surah Al-Munafiqun, 63:1-11 , Al-Mumtahanah 60:8**

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

**APPLICABLE LAW SUPPORTING CLAIMS**

( )   Arizona Civil Right Act

The Arizona Civil Rights Act prohibits workplace discrimination on the basis of religion (A.R.S. § 41-1463)

( )   Title VII of the Civil Rights Act of 1964

Case Number: _____

( )   US constitution / 1st Amendment
_____

( )   _____
_____
_____

( )   _____
_____
_____

( )   _____
_____
_____

( )   _____
_____
_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( )   Loss of wages and benefits – past and future
_____
Loss of health insurance for family (spouse + 4 kids)
_____
Not able to get a job with another health agency

( )   _____
Loss of 401K, benefits and personal savings
_____
Loss of savings account

( )   _____
Emotional and psychological trauma dealing with loss of job and livelihood

( )   _____
_____
_____

( )   _____

Case Number: _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

**DEMAND FOR RELIEF**

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(   )   Lost wages, past and future
        _____

(   )   Compensatory damages for emotional and psychological distress;
        _____

(   )   Court fees
        _____

(   )   Punitive damages;
        _____

(   )   Such other relief as the court deems fair and equitable
        _____
        _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this  11 / 28 / 22
            *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)