**EXHIBIT 2**



**CT Corporation**
**Service of Process Notification**
11/30/2022
CT Log Number 542764350

## Service of Process Transmittal Summary

**TO:** Desiree Beatty
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

**RE:** Process Served in Arizona

**FOR:** Aetna Resources LLC  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Toramana Yaftali // To: Aetna Resources LLC |
| **CASE #:** | CV2022053762 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | C T Corporation System, Phoenix, AZ |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/30/2022 at 11:22 |
| **JURISDICTION SERVED:** | Arizona |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/30/2022, Expected Purge Date: 12/05/2022 |
| | Image SOP |
| | Email Notification,  Desiree Beatty  beattyd@aetna.com |
| | Email Notification,  Kim DePaepe  kjdepaepe@aetna.com |
| | Email Notification,  John Baka  bakaj@aetna.com |
| | Email Notification,  PATRICIA BOUTON  BoutonP@Aetna.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3800 N. Central Avenue
Suite 460
Phoenix, AZ 85012
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| **Date:** | Wed, Nov 30, 2022 |
| **Server Name:** | Drop Service |

| Entity Served | Aetna Resources LLC |
|---|---|
| Case Number | CV2022053762 |
| Jurisdiction | AZ |

| Inserts ||
|---|---|
| | |



Person Filing: Toramana Yaftali
Address (if not protected): 8534 N 12 St
City, State, Zip Code: Phoenix, AZ 85020
Telephone: 623-308-1367
Email Address: _____
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Toramana Yaftali
Name of Plaintiff

Case No.: CV2022-053762

And

Aetna Resources LLC dba CVS Health Sol(
Name of Defendant

**SUMMONS**

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** Aetna Resources LLC dba CVS Health Solutions
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

NOV 28 2022

**CLERK OF SUPERIOR COURT**

By _____  JEFF FINE, CLERK
    Deputy Clerk

T. Chism
Deputy Clerk

Person Filing: Toramana Yaftali
Address (if not protected): 8534 N 12 St
City, State, Zip Code: Phoenix, AZ 85020
Telephone: 623-308-1367
Email Address: torkhum@gmail.com
Representing [ x ] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

**COPY**
NOV 2 8 2022
CLERK OF THE SUPERIOR COURT
T. CHISM
DEPUTY CLERK
FOR CLERK'S USE ONLY

## SUPERIOR COURT OF ARIZONA
## IN    MARICOPA    COUNTY

Case Number: CV2022-053762

**Name of Plaintiff**
Toramana Yaftali

Title: **CIVIL COMPLAINT**

**Name of Defendant**
Aetna Resources LLC dba CVS Health Solutions

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1. The Superior Court in ____Maricopa____ County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   [ x ] The value of this case exceeds $10,000 dollars.

   [ ] Replevin or other nonmonetary remedy will take place in _____ County.

   [ x ] The Plaintiff resides in ____Maricopa____ County.

   [ ] The Defendant resides in _____ County.

   [ x ] The Defendant does business in ____Maricopa____ County.

Case Number: _____

[x]   The events, actions, or debts subject of this Complaint occurred in _____Maricopa_____ County.

[ ]   Other reason: _____

**DISCOVERY TIER**

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   [ ]   Tier 1 = Actions claiming $50,000 or less in damages.

   [X]   Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR   Actions claiming nonmonetary relief.

   [ ]   Tier 3 = Actions claiming $300,000 or more in damages.

**PARTIES**

3.  The Plaintiff in this case is:

   Toramana Yaftali

4.  The Defendant in this case is:

   Aetna Resources LLC dba CVS Health Solutions

   3800 N Central Ave #460, Phoenix, AZ 85012

**STATEMENT OF FACTS AND BREACH**

5.  At all times relevant to this action, Toramana Yaftali (hereinafter Tor) was a resident of Phoenix, Maricopa County, Arizona. Tor worked for Aetna since September 2008, and following CVSs acquisition of Aetna, as Application Developer and/or Business Analyst. Tor had been working full time from home and had no business need to be in person contact with anyone including colleagues, customers, clients or anyone else CVS related. Tor was able to

Case Number: _____

work from home and perform all the job requirements JUST like all of his team members who were living all over US including IL, CA, FL and other states.

Case Number: _____

6. The defendant, Aetna Resources LLC dba CVS Health Solutions hereinafter "CVS" is an American corporation headquartered in Woonsocket, Rhode Island. It operates around the country with many dbas depending on what business they have acquired.
Locations: 9900+
[2021]
Market Capital: $131+Billion
Revenue: $292.11 Billions
Net Income Profits: $7.91 Billions

7. CVS holds itself the "leading health solutions company, delivering care like no one else can. Our purpose is simple and clear: Bringing our heart to every moment of your health™." It has over 300,000 employees through out retail, corporate and other subsidizer around the US. In response to the global pandemic caused by the spread of various strains of COVID-19, the defendant, created a company-wide policy requiring vaccination against potential infection by COVID-19 of current and prospective employees.

Per CVS new covid19 mandate, certain employees and their roles were required to get vaccinated and submit proof of vaccination to CVS. The defendant recognized the need to make exemptions available to employees claiming religious objections to the requirement of vaccination.

8. The policy required employees to file and submit a form for a religious exemption. The exemption process was run by Advice and Counsel Team. Upon receipt of this form, the Advice & Counsel team would evaluate and make a judgment on merit of the religious belief. A phone number was provided to call and talk with someone at the Advice and counsel. After 3 attempts and long waits, Tor was able to speak with someone on the line. They simply stated that there was nothing they could do and the decision was final. Tor exhausted the administrative remedy provided, get vaccinated against your religion OR lose your job and livelihood. Tor filed a religious discrimination complaint with Arizona Attorney General's office on 02/08/2022 and received the NOTICE OF RIGHT TO SUE letter from the AZ Attorney General's Civil Litigation Division office on November 1, 2022, stating Tor has the right to sue under the Arizona Civil Right Act.

Case Number: _____

9. Tor submitted the religious exception form on or about October 7, 2021, to CVS Advice and Counsel team. Tor received CVS response to the exception form on or about November 23, 2021 notifying him o f his termination date of November 30, 2021. CVS team who were on Advice and Counsel board did not consider or did not know that Islam is THE way of life. What is written in QURAN is GOD direct words dictating to live. All Muslim beliefs and practices are not only "sincerely held" but they are the way to live. CVS denied Tor his religious right to FREELY practice his relgion. And tried to force him to betray Islam against his well. If the team had a Muslim on the board, s/he would have explained that to the board. But the deciding board members and CVS do not have Islamic knowledge to make such decisions against Islam. The essentially wanted him to commit blasphemy against his ow religion.

10. Tor stated his sincere belief in Islam as written in Quran and stated such in response to the form from the CVS. "In Islam and Koran and Muhammad PBUP hadiths, a non Muslim make you karif if forced. I cannot accommodate and believe the COVID injection will delute and compromise my personal belief in staying pure Muslim"
Muslims cannot be forced by non-Muslims to put Haram (aborted fetal stem cells; body is temples of the Holy Spirit) in their bodies and such will compromise their faith with Allah and turned them into Hypocrites and anti-Islam kafirs.
**Quran Surah Al-Munafiqun, 63:1-11 , Al-Mumtahanah 60:8**

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

**APPLICABLE LAW SUPPORTING CLAIMS**

( )    Arizona Civil Right Act

The Arizona Civil Rights Act prohibits workplace discrimination on the basis of religion (A.R.S. § 41-1463)

( )    Title VII of the Civil Rights Act of 1964

Case Number: _____

|   |   |   |
|---|---|---|
| ( | ) | US constitution / 1st Amendment |
| ( | ) | |
| ( | ) | |
| ( | ) | |
| ( | ) | |

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

|   |   |   |
|---|---|---|
| ( | ) | Loss of wages and benefits – past and future |
|   |   | Loss of health insurance for family (spouse + 4 kids) |
| ( | ) | Not able to get a job with another health agency |
|   |   | Loss of 401K, benefits and personal savings |
| ( | ) | Loss of savings account |
|   |   | Emotional and psychological trauma dealing with loss of job and livelihood |
| ( | ) | |
| ( | ) | |

Case Number: _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

**DEMAND FOR RELIEF**

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )    Lost wages, past and future
       _____
       _____

( )    Compensatory damages for emotional and psychological distress;
       _____
       _____

( )    Court fees
       _____
       _____

( )    Punitive damages;
       _____
       _____

( )    Such other relief as the court deems fair and equitable
       _____
       _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this  11 / 28 / 22
       *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

Person Filing: Toramana Yaftali
Address (if not protected): 8534 N 12 St
City, State, Zip Code: Phoenix, AZ 85020
Telephone: 623-308-1367
Email Address: torkhum@gmail.com
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

COPY
FOR CLERK'S USE ONLY
NOV 28 2022
CLERK OF THE SUPERIOR COURT
T. CHISM
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN Maricopa COUNTY

Case Number: CV2022-053762

**Name of Plaintiff**
Toramana Yaftali

**PLAINTIFF'S DEMAND for JURY TRIAL**

**Name of Defendant**
Aetna Resources LLC dba CVS Health Solutions

Plaintiff, Toramana Yaftali (*Name of Plaintiff*), demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

Dated this 11/25/22
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)